COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Steven Bell
Louisiana State Prison DOC No. 620515
17544 Tunica Trace
Angola La 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 29, 2023

**REHEARING ACTION: March 29, 2023**

**Docket Number: 22   00676-KH**

**STATE OF LOUISIANA
VERSUS
STEVEN BELL**

**Writ Application from Iberia Parish Case No. 11-0072**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion
Hon. Charles G. Fitzgerald
Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Steven Bell** is:

**REHEARING NOT CONSIDERED.**  Relator's application for rehearing was not considered.  See Uniform Rules-Courts of Appeal, Rule 2-18.7.

cc: Hon. M. Bofill Duhe, Counsel for  the Respondent